IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>       Plaintiff<br><br>       v.<br><br>ABIMAEL RODRIGUEZ-RIVERA,<br>       Defendant. | Criminal No. 09-035 (ADC) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on April 6, 2009. (**Docket No. 29**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Abimael Rodríguez-Rivera** be adjudged guilty of the offenses charged in Counts One and Two of the Indictment (T.18, U.S.C. §§ 922(g) and 924(d) and 28 U.S.C. § 2461 (c)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Counts One and Two of the Indictment in the above-captioned case.

**The sentencing hearing is set for July 29, 2009 at 2:00 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of April, 2009.

                                                S/**AIDA M. DELGADO-COLON**
                                                **United States District Judge**